FILE COPY

**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS
GINA M. BENAVIDES
NORA L. LONGORIA
LETICIA HINOJOSA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals
## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
COURTHOUSE ANNEX III
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

February 16, 2017

Hon. Mike Denton
Judge, County Court At Law No. 4
Travis County Courthouse
P. O. Box 1748
Austin, TX 78767
* DELIVERED VIA E-MAIL *

Hon. Rickey Jones
Campbell Jones & Marsaw LLP
1910 Pacific Ave, Suite 15100
Dallas, TX 75201
* DELIVERED VIA E-MAIL *

Re:     Cause No. 13-16-00392-CR; 13-16-00393-CR
        Tr.Ct.No.  C-1-CR-15-218478; C-1-CR-15-218479
Style:  Marcus Esede Ali v. The State of Texas

Dear Sir/Madam:

    Enclosed please find copy of an order issued by this Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

Enc.
cc:    Hon. Giselle Horton (DELIVERED VIA E-MAIL)
       Hon. David A. Escamilla (DELIVERED VIA E-MAIL)
       Hon. Dana DeBeauvoir (DELIVERED VIA E-MAIL)